IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GILBERT NAVARRETTE,**

    *Plaintiff*,

vs.                                            Case No. _____

**DNOW L.P., and MARION
CAMDEN SNIDER**

    *Defendants*.

## NOTICE OF REMOVAL

Defendant DNOW L.P. ("DNOW") timely files this Notice of Removal, pursuant to 28 U.S.C. Sections 1441(a), 1446(b), and 1332(a), removing this action from the First Judicial District Court, Santa Fe County, New Mexico to the United States District Court for New Mexico, and in support thereof shows the Court as follows[1]:

### I.
### PROCEDURAL HISTORY AND BASIS FOR REMOVAL

1. Plaintiff Gilbert Navarrette ("Plaintiff") commenced this lawsuit on February 6, 2023, against DNOW in the First Judicial District Court, Santa Fe County, New Mexico, bearing cause number D-101-CV-2023-00289 (the "State Court Action").

2. On March 1, 2023, DNOW was served with a copy of the Citation (**Exhibit "B"**) and Plaintiffs' Complaint for Personal Injuries (**Exhibit "C"**). DNOW has not yet filed an answer in the State Court Action. DNOW has requested a certified copy of the state court record and will supplement this filing once received.

---

[1] A Civil Cover Sheet is attached hereto as **Exhibit A.**

3. Pursuant to 28 U.S.C. Section 1446(b), this Notice of Removal is filed within the thirty-day statutory time period for removal.

4. Plaintiff seeks to recover damages in this lawsuit based on allegations of negligence. Plaintiff's claims arise out of an automobile accident that occurred on March 13, 2020 in Carlsbad, Eddy County, New Mexico.

5. Defendant files this Notice of Removal pursuant to 28 U.S.C. Section 1441(b), which permits removal based on diversity jurisdiction. Section 1332 sets forth the factual predicates justifying the exercise of diversity jurisdiction. Those requirements are: (i) complete diversity among the parties; and (ii) that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

**A.   Jurisdiction**

6. In a removal, "the burden of persuasion for establishing diversity jurisdiction is on the party asserting it." *See Hertz Corp. v. Friend*, 559 U.S. 77, 130 S. Ct. 1181, 175 L. Ed. 2d 1029 (2010).  This Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.  Accordingly, statutory authority for the removal of this matter is conferred by 28 U.S.C. §§ 1441 and 1446.

7. Removal based on diversity of citizenship may only be effectuated if none of the parties in interest properly joined and served defendants is a citizen of the State in which the action is brought.  28 U.S.C. § 1441. Complete diversity under 28 U.S.C. § 1332 exists in this case.

8. Plaintiff is a citizen of the State of New Mexico, residing in Carlsbad, New Mexico. *See* **Exhibit C,** Plaintiff's Complaint, ¶ 1.

9. Defendant DNOW is a limited partnership located in the State of Texas whose principal place of business is in Houston, Texas. *See* **Exhibit D**, Affidavit of Mackenzie Smith. DNOW's general partner is Wilson International, Inc. which is a Delaware entity with its principal place of business located in Harris County, Houston, Texas. *Id.* and NOW Management LLC is DNOW's limited partner with its principal place of business located in Harris County, Houston, Texas. *Id.* Wilson International, Inc. and NOW Management LLC are DNOW's only members, and neither entity has registered agents in New Mexico. *Id.*

10. Co-Defendant Marion Camden Snider is a citizen of the State of Texas. *See* **Exhibit C,** Plaintiff's Complaint, ¶ 3.

11. Because Plaintiff is a citizen of New Mexico and Defendants are citizens of Texas, there is complete diversity between Plaintiff and Defendants in this action. *See* 28 U.S.C. § 1332.

12. Additionally, based on Plaintiff's allegations of personal injury and comparable jury verdicts in the state of New Mexico, the amount in controversy exceeds $75,000, excluding interests and costs. 28 U.S.C. §1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006). Specifically, Plaintiff has alleged damages for past and future medical care and treatment, physical impairment and disfigurement, mental anguish, pain and suffering, lost wages and loss of earning capacity. These allegations along with Plaintiff's request for punitive damages clearly demonstrate that the amount in controversy in this case exceeds the jurisdictional requirements.

13. Plaintiff's Complaint therefore presents a cause of action with diversity jurisdiction, and removal of this action to this Court is proper under 28 U.S.C. § 1332(a).

**B.     Venue**

14.     Venue is proper in this District under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

**C.     Removal Requirements**

15.     Contemporaneous with the filing of this Notice of Removal, Defendant is filing a Notice of Filing Notice of Removal with the Clerk of Court for the First Judicial District Court, County of Santa Fe, New Mexico pursuant to 28 U.S.C. § 1446(d).

16.     Attached hereto are all the documents required by 28 U.S.C. § 1446(a).[2]

**D.     Jury Demand**

17.     Plaintiff requested a jury trial in the state court action.  DNOW also requests a trial by jury pursuant to Rule 81(c)(3)(A), Federal Rules of Civil Procedure.

18.     All fees required by law in connection with this Notice have been tendered and paid by DNOW.

## **PRAYER**

WHEREFORE, Defendant DNOW L.P., hereby removes the above captioned matter, now pending in the First Judicial District Court, County of Santa Fe, New Mexico, to the United States District Court for New Mexico.

---

[2] A certified state court record has been requested, and this Notice of Removal will be supplemented once the certified state court record is received.

Respectfully Submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

*/s/Stephanie M. Krueger*
Stephanie M. Krueger
State Bar No. _____
skrueger@thompsoncoe.com
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT DNOW L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2023, a true and correct copy of the foregoing was filed electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure.

GLASHEEN VALLES & INDERMAN, LLP
Delaney Piercy
4300 San Mateo Blvd. NE, Suite B150
Albuquerque, NM 87110
Telephone: 505-243-7200
Fax: 505-329-4662
efile.laney.piercy@gvilaw.com

*Attorney for Plaintiff*
*Gilbert Navarrette*

**/s/Stephanie M. Krueger**

Stephanie M. Kruger