IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GILBERT NAVARRETTE,**

    *Plaintiff*,

vs.                                                      Case No. 2:23-cv-00279 KRS/GBW

**DNOW L.P., and MARION CAMDEN SNIDER**

    *Defendants*.

## DEFENDANT'S RESPONSE TO COURT'S CAUSE ORDER

Defendant DNOW L.P. hereby provides written notice to the Court's Order to Produce Copy of State Court Records pursuant to D. N. M. Local Rule- Civ. 81.1(a).

Attached to this filing is Exhibit A- Complete Copy of the State Court Record.

    Exhibit A-1: Plaintiff's Complaint for Personal Injuries filed February 6, 2023

    Exhibit A-2: Plaintiff's Jury Demand filed February 6, 2023

    Exhibit A-3: Return of Services for DNOW, LP filed March 7, 2023

    Exhibit A-4: Return of Services for Marion Camden Snider filed March 7, 2023

    Exhibit A-5: Defendant DNOW's Notice of Removal filed April 3, 2023

In addition, please note that pursuant to the parties' previously filed notice of settlement, Plaintiff GILBERT NAVARRETTE and Defendant DNOW L.P. have agreed to settle all matters in dispute with regard to this cause of action.

    Respectfully Submitted,

    **THOMPSON, COE, COUSINS & IRONS, LLP**

    */s/Stephanie M. Krueger*
    Stephanie M. Krueger
    skrueger@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, TX 77056
    Telephone: (713) 403-8210
    Facsimile: (713) 403-8299

    **And**

    Tiffany A. Au
    tau@thompsoncoe.com
    700 N. Pearl St., 25th Floor
    Dallas, TX 75201
    214-871-8200
    Fax 214-871-8209

    **ATTORNEYS FOR DEFENDANT DNOW L.P.**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 8th day of May, 2023, a true and correct copy of the foregoing was filed electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure.

GLASHEEN VALLES & INDERMAN, LLP
Nicholas Pena
Delaney Piercy
4300 San Mateo Blvd. NE, Suite B150
Albuquerque, NM 87110
Telephone: 505-243-7200
Fax: 505-329-4662
efile.laney.piercy@gvilaw.com
efile.nick.pena@gvilaw.com

*Attorneys for Plaintiff*
*Gilbert Navarrette*

             **/s/Stephanie M. Krueger**

             Stephanie M. Kruger