IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS
LAS CRUCES DIVISION

| | | |
|---|---|---|
| GILBERT NAVARRETTE<br>*Plaintiff*, | § § § § § | |
| v. | § § | Case No. 2:23-CV-00279 |
| DNOW, L.P. And<br>CAMDEN SNIDER,<br>    *Defendants.* | § § § § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff Gilbert Navarrette, Defendants DNOW, L.P. and Camden Snider, by and through their respective counsel of record, and jointly move the Court for an Order dismissing Plaintiff's claims against Defendants DNOW, L.P. and Camden Snider with prejudice. As grounds therefore, these parties state that all controversies and issues among them have been settled and compromised to their mutual satisfaction and there is no just reason for delay in entry of final Order.

Respectfully submitted,

**GLASHEEN, VALLES & INDERMAN, LLP**

*/s/ Delaney Piercy*
Delaney Piercy
Nicholas Pena
Glasheen Valles & Inderman, LLP
4300 San Mateo Blvd. NE, Suite B150
Albuquerque, NM 87110
806-776-1341 (p)
806-329-4663 (f)
efile.laney.piercy@gvilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this **7th day of June 2023,** a true and correct copy of the foregoing was served on the parties through their counsel of record, as follows:

Stephanie M. Krueger
skrueger@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

                                         */s/ Delaney Piercy*
                                         Delaney Piercy