IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | |
|---|---|
| GILBERT NAVARRETTE<br>*Plaintiff,*<br><br>v.<br><br>DNOW, L.P. And<br>CAMDEN SNIDER,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ Case No. 2:23-CV-00279<br>§<br>§<br>§<br>§<br>§ |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS DNOW, L.P. AND CAMDEN SNIDER

**THIS MATTER** having come before the Court upon the Amended Joint Motion to Dismiss of Plaintiff Gilbert Navarrette, Defendants DNOW, L.P. and Camden Snider, (ECF No. 14) the Court having reviewed the pleadings and being otherwise fully informed FINDS that the Motion is well-taken and shall be GRANTED. Plaintiff's Original Complaint for Personal Injuries any amendments thereto are hereby dismissed with prejudice as to Defendants DNOW, L.P. and Camden Snider. The parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

_____
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED BY**:

/s/ Laney Piercy
Delaney Piercy
GLASHEEN, VALLES & INDERMAN, LLP
P.O. Box 1976 (79408-1976)
1302 Texas Avenue
Lubbock, Texas 79401
(806) 776-1337 – Telephone
(806) 329-4663 – Facsimile
Efile.laney.piercy@gvilaw.com
*Attorneys for Plaintiffs*


/s/ Stephanie M. Krueger *(permission to sign via email 06/07/2023)*
Stephanie M. Krueger
Tiffany Au
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
skrueger@thompsoncoe.com
tau@thompsoncoe.com
*Attorneys for Defendants*

11598916.1